01194-69642

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| CITIZENS TRI-COUNTY BANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 4:11-cv-00004 ) ) |
| TRAVELERS PERSONAL SECURITY INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This date came the parties in the above-captioned cause and stated unto the Court that all issues had been resolved by way of compromise, and they jointly requested that the Court enter a judgment of dismissal with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the within action brought by CITIZENS TRI-COUNTY BANK against TRAVELERS PERSONAL SECURITY INSURANCE COMPANY be and the same is hereby dismissed with prejudice.

This the 4th day of May, 2012.

HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

01194-69642

APPROVED FOR ENTRY:

_____
Russell E. Reviere, BPR #07166
Attorneys for Defendant
Travelers Personal Security Insurance Co.
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414
rreviere@raineykizer.com


_____
L. Thomas Austin
M. Keith Davis  #017328
Jennifer A. Mitchell
Attorneys for Plaintiff
P.O. Box 666
Dunlap, TN 37327
(423) 949-4159
mKdavis@bledsoe.net